Tammy Hussin, Esq. (Bar No. 155290)
Hussin Law
12526 High Bluff Drive, Suite 300
San Diego, CA 92130
Tel: 877.677.5397
Fax: 877.667.5397
Tammy@HussinLaw.com

Attorney for Plaintiffs, Hung Quoc Dao

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| Hung Quoc Dao<br><br>Plaintiff,<br><br>vs.<br><br>Bank of America, N.A.<br><br>Defendant | CASE NO. 8:23-CV-01510-FWS-DFM<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff, HUNG QUOC DAO, hereby informs the Court that the above referenced case has been settled. Plaintiff anticipates that the parties will need an additional 45 days to complete the necessary settlement documents and file a Joint Motion for Dismissal with Prejudice.

\\\
\\\
\\\

1
2  Plaintiff requests that the Court vacate all previously set hearings and filing
3 deadlines.
4
5 DATED:  October 9, 2023                    HUSSIN LAW
6
                                              By: */s/ Tammy Hussin*
7                                             Tammy Hussin, Esq.
                                              Attorney for Plaintiff
8                                             HUNG QUOC DAO
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28